# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2024-2222

**Short Case Caption** Phoenix Metal Co., Ltd. v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2024-2222

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 10/16/2024 Signature: /s/ Gregory S. Menegaz
 Name: Gregory S. Menegaz
 Party Name: Phoenix Metal Co., Ltd.

Date: 10/16/2024 Signature: /s/ Liridona Sinani
 Name: Liridona Sinani
 Party Name: United States

☑ Additional pages attached

# JOINT STIPULATION OF VOLUNTARY DISMISSAL

Case No. 2024-2222

Continuation Page

Date: __10/16/24__

Signature: _[signature]_

Name: ___Christopher T. Cloutier___

Party Name: ___The Cast Iron Soil Pipe Institute___